IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Christian D. Meyer ) | Case No. 20-23304 CMB |
| Susan A. Meyer ) | Chapter 13 |
| *fka* Susan A. Coulter, ) | Related to Docket No. 16 |
| Debtor(s) ) | |
| ) | |
| ) | |
| Christian D. Meyer, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 6687 ) | |
| ) | |
| vs. ) | |
| ) | |
| Oil Services Inc. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 7, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee-**Served by CM/ECF filing**
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Oil Services Inc.                               Christian D. Meyer
Attn: Payroll                                   819 Pinecrest Drive
3498 Grand Ave                                  McKeesport, PA 15135
Pittsburgh, PA 15225

Date of Service: December 7, 2020    /s/ Christopher M. Frye
                                                               Christopher M. Frye, Esquire
                                                               Attorney for the Debtor
                                                               STEIDL & STEINBERG
                                                               Suite 2830, Gulf Tower
                                                               707 Grant Street
                                                               Pittsburgh, PA 15219
                                                               (412) 391-8000
                                                               Chris.frye@steidl-steinberg.com
                                                               PA I.D. No. 208402