IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Christian D. Meyer and | ) | Bankruptcy No. 20-23304 CMB |
| Susan A. Meyer, | ) | Chapter 13 |
|    Debtor(s) | ) | Related to Document No(s). 46 |
| | ) | |
| Christian D. Meyer | ) | |
|    Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Dayton Freight, and Ronda J. Winnecour, Trustee | ) | |
|    Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, Anna J. Mattish, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on October 31, 2023 I served a copy of:

## AMENDED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT AND LOCAL FORM 12

ON:

Dayton Freight Attn: Payroll 6450 Poe Avenue, Suite 311 Dayton, OH 45414

BY:   Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: October 31, 2023

/s/ Anna J. Mattish
Anna J. Mattish
STEIDL & STEINBERG
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
(412) 391-8000