UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| IN RE: | CHRISTIAN MEYER<br>SUSAN A MEYER | CASE NO: | 20-23304 |
|---|---|---|---|
| | | CHAPTER: | 13 |
| | Debtor (s) | | |

**Change of Address – Notifications for Creditor**

As to Claim 10-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notice Address

PO Box 130000
Raleigh NC 27605

New Notice Address

P.O. Box 169005
Irving, TX 75016

Please note that the address for payment **has not changed**. Consult the proof of claim for the payment address.

Creditor Phone Number: 1-888-875-9372
Creditor Email Address: BKChapter13@WellsFargo.com

6/25/2024

/s/ LaDonna Broadway
Bankruptcy Processor
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

## CERTIFICATE OF SERVICE

WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| IN RE: | CHRISTIAN MEYER<br>SUSAN A MEYER | CASE NO: | 20-23304 |
|---|---|---|---|
| | | CHAPTER: | 13 |

    Debtor (s)

In addition to the parties who will be served via the Court's ECF system, I certify that on <u> 6/25/2024 </u>, I served a true and correct copy of the above notice of address change on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

<u> 6/25/2024 </u>                    /s/ LaDonna Broadway
                                                                                      Bankruptcy Processor
                                                                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto