Certificate Number: 17082-PAW-DE-039482639

Bankruptcy Case Number: 20-23304



17082-PAW-DE-039482639

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2025, at 3:20 o'clock PM MST, SUSAN A MEYER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  March 25, 2025              By:  /s/Orsolya K Lazar

                                   Name:  Orsolya K Lazar

                                   Title:  Executive Director