UNITED  STATES  BANKRUPTCY  COURT

Western District of Pennsylvania (Pittsburgh)

| | | |
|---|---|---|
| IN RE: | CHRISTIAN MEYER<br>SUSAN A MEYER | CASE NO:   20-23304<br>CHAPTER:   Chapter 13 |
| | Debtors | |

**Change of address – Payment for Creditor**

As to Claim 10-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                                         New Notifications address

Old payment address                                                New payment address
Wells Fargo Auto                                                        Wells Fargo Auto
PO Box 17900                                                            PO Box 51963
Denver, CO 80217–0900                                            Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


07/23/2025                                         /s/Brian McKee
                                                            Lead Loan Servicing Representative
                                                            Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Western District of Pennsylvania (Pittsburgh)

| | | | |
|---|---|---|---|
| IN RE: | CHRISTIAN MEYER<br>SUSAN A MEYER | CASE NO:<br>CHAPTER: | 20-23304<br>Chapter 13 |
| | Debtors | | |

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025, I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Brian McKee
Lead Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]


07/23/2025                                    /s/ Brian McKee
                                              Lead Loan Servicing Representative
                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.