**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　CHRISTIAN D. MEYER<br>SUSAN A. MEYER<br>　　　　Debtor(s)<br>　Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>　CHRISTIAN D. MEYER<br>SUSAN A. MEYER<br><br>　　　Respondents | Case No. 20-23304CMB<br><br>Chapter 13<br><br>Document No. 60 |

## ORDER TO STOP PAYROLL DEDUCTIONS

　　AND NOW, this __20th__ day of November, 2025, it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　　　　　Dayton Freight Lines
　　　　　　　　　　Attn: Payroll Manager
　　　　　　　　　　6450 Poe Ave Suite 311
　　　　　　　　　　Dayton, OH 45414

is hereby ordered to immediately terminate the attachment of the wages of CHRISTIAN D. MEYER, social security number XXX-XX-6687. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTIAN D. MEYER.

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

*Carlota M. Böhm* /jlm
Carlota M. Böhm
UNITED STATES BANKRUPTCY JUDGE

SIGNED
11/20/25 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-23304-CMB |
| Christian D. Meyer | Chapter 13 |
| Susan A. Meyer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Christian D. Meyer, 819 Pinecrest Drive, McKeesport, PA 15135-2227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Christian D. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Susan A. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor QUICKEN LOANS LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Nov 20, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor QUICKEN LOANS  LLC mmiksich@kmllawgroup.com

Matthew Fissel
    on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10