| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **CHRISTIAN D. MEYER** |
| Debtor 2 (Spouse, if filing) | **SUSAN A. MEYER** |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 20-23304CMB |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** QUICKEN LOANS LLC FKA QUICKEN LOANS INC

**Court claim no.** (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 7 4 0 3

**Property Address:** 819 PINECREST DR
Number    Street

MCKEESPORT    PA    15135
City                                          State    ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 10,052.07 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 10,052.07 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 10,052.07 |

**Part 4:** **Postpetition Payment**

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:     $ 67,780.92

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>November 2025</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:     $ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour     Date 01/22/2026
Signature

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone: (412) 471-5566     Email: cmecf@chapter13trusteewdpa.com

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/27/2022 | 1238299 | Amounts Disbursed To Creditor | 472.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2022 | 1241237 | Amounts Disbursed To Creditor | 99.15 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/24/2022 | 1244119 | Amounts Disbursed To Creditor | 99.15 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/27/2022 | 1247003 | Amounts Disbursed To Creditor | 518.62 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2022 | 1249802 | Amounts Disbursed To Creditor | 73.23 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/23/2022 | 1252594 | Amounts Disbursed To Creditor | 92.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 12/22/2022 | 1255335 | Amounts Disbursed To Creditor | 92.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2023 | 1258066 | Amounts Disbursed To Creditor | 503.53 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/28/2023 | 1263444 | Amounts Disbursed To Creditor | 185.04 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2023 | 1266258 | Amounts Disbursed To Creditor | 92.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2023 | 1269127 | Amounts Disbursed To Creditor | 92.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/26/2023 | 1272015 | Amounts Disbursed To Creditor | 489.28 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2023 | 1274757 | Amounts Disbursed To Creditor | 73.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/25/2023 | 1277549 | Amounts Disbursed To Creditor | 73.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/26/2023 | 1280273 | Amounts Disbursed To Creditor | 579.78 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2023 | 1282981 | Amounts Disbursed To Creditor | 173.70 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/27/2023 | 1285656 | Amounts Disbursed To Creditor | 551.60 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2024 | 1290932 | Amounts Disbursed To Creditor | 338.93 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 02/26/2024 | 1293574 | Amounts Disbursed To Creditor | 583.72 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2024 | 1296229 | Amounts Disbursed To Creditor | 169.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2024 | 1298893 | Amounts Disbursed To Creditor | 169.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/29/2024 | 1301597 | Amounts Disbursed To Creditor | 583.72 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2024 | 1304123 | Amounts Disbursed To Creditor | 169.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2024 | 1306734 | Amounts Disbursed To Creditor | 169.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2024 | 1309288 | Amounts Disbursed To Creditor | 583.72 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/25/2024 | 1311885 | Amounts Disbursed To Creditor | 169.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2024 | 1314414 | Amounts Disbursed To Creditor | 169.61 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/25/2024 | 1316981 | Amounts Disbursed To Creditor | 662.87 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/28/2025 | 1321872 | Amounts Disbursed To Creditor | 948.09 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 02/25/2025 | 1324281 | Amounts Disbursed To Creditor | 267.04 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2025 | 1326782 | Amounts Disbursed To Creditor | 267.04 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2025 | 1329255 | Amounts Disbursed To Creditor | 267.04 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2025 | 1334107 | Amounts Disbursed To Creditor | 268.35 |
| | | | | Total for Claim Number 11: | 10,052.07 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **10,052.07** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2021 | 1192111 | Amounts Disbursed To Creditor | 3,806.62 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/26/2021 | 1195348 | Amounts Disbursed To Creditor | 952.55 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2021 | 1198462 | Amounts Disbursed To Creditor | 1,428.75 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2021 | 1201642 | Amounts Disbursed To Creditor | 952.62 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2021 | 1204844 | Amounts Disbursed To Creditor | 1,208.81 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2021 | 1207996 | Amounts Disbursed To Creditor | 906.67 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/24/2021 | 1211101 | Amounts Disbursed To Creditor | 1,511.05 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2021 | 1214175 | Amounts Disbursed To Creditor | 889.38 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/22/2021 | 1217208 | Amounts Disbursed To Creditor | 1,489.31 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 12/23/2021 | 1220290 | Amounts Disbursed To Creditor | 1,195.33 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2022 | 1223350 | Amounts Disbursed To Creditor | 1,496.64 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 02/23/2022 | 1226216 | Amounts Disbursed To Creditor | 1,198.73 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/25/2022 | 1229194 | Amounts Disbursed To Creditor | 1,199.29 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/26/2022 | 1232233 | Amounts Disbursed To Creditor | 1,499.44 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2022 | 1235275 | Amounts Disbursed To Creditor | 1,200.05 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/27/2022 | 1238299 | Amounts Disbursed To Creditor | 1,162.16 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/26/2022 | 1241237 | Amounts Disbursed To Creditor | 1,129.29 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/24/2022 | 1244119 | Amounts Disbursed To Creditor | 1,129.29 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/27/2022 | 1247003 | Amounts Disbursed To Creditor | 1,129.29 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2022 | 1249802 | Amounts Disbursed To Creditor | 1,129.29 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/23/2022 | 1252594 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 12/22/2022 | 1255335 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2023 | 1258066 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 02/23/2023 | 1260660 | Amounts Disbursed To Creditor | 875.26 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/28/2023 | 1263444 | Amounts Disbursed To Creditor | 1,327.10 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2023 | 1266258 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/25/2023 | 1269127 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/26/2023 | 1272015 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2023 | 1274757 | Amounts Disbursed To Creditor | 1,101.18 |

# History Of Payments

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/25/2023 | 1277549 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/26/2023 | 1280273 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2023 | 1282981 | Amounts Disbursed To Creditor | 1,101.18 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/27/2023 | 1285656 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 12/21/2023 | 1288230 | Amounts Disbursed To Creditor | 950.35 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/26/2024 | 1290932 | Amounts Disbursed To Creditor | 1,324.43 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 02/26/2024 | 1293574 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2024 | 1296229 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2024 | 1298893 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/29/2024 | 1301597 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2024 | 1304123 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2024 | 1306734 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2024 | 1309288 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/25/2024 | 1311885 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/25/2024 | 1314414 | Amounts Disbursed To Creditor | 1,137.39 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 11/25/2024 | 1316981 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 12/23/2024 | 1319362 | Amounts Disbursed To Creditor | 1,065.79 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 01/28/2025 | 1321872 | Amounts Disbursed To Creditor | 1,318.13 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 02/25/2025 | 1324281 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 03/26/2025 | 1326782 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 04/25/2025 | 1329255 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 05/23/2025 | 1331652 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 06/25/2025 | 1334107 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 07/25/2025 | 1336579 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 08/26/2025 | 1338984 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 09/25/2025 | 1341399 | Amounts Disbursed To Creditor | 1,191.96 |
| 11 | QUICKEN LOANS LLC FKA QUICKEN L | 10/24/2025 | 1343868 | Amounts Disbursed To Creditor | 1,191.96 |
| | | | | Total for Claim Number 11: | 67,780.92 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **67,780.92** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

| | |
|---|---|
| CHRISTIAN D. MEYER<br>SUSAN A. MEYER<br>819 PINECREST DRIVE<br>MCKEESPORT, PA  15135 | CHRISTOPHER M FRYE ESQ<br>STEIDL & STEINBERG PC<br>436 SEVENTH AVE STE 322<br>KOPPERS BUILDING<br>PITTSBURGH, PA  15219 |
| KML LAW GROUP PC*<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | QUICKEN LOANS LLC FKA QUICKEN LOANS INC<br>635 WOODWARD AVE<br>DETROIT, MI  48226 |

Dated: 01/22/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee