**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CHRISTIAN D. MEYER <br> SUSAN A. MEYER <br>         Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>        vs. <br> No Respondents. | Case No.:20-23304 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/25/2020 and confirmed on 1/13/21. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,087.73 |
| Less Refunds to Debtor | 589.98 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,497.75 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 5,588.69 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,988.69 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 67,780.92 | 0.00 | 67,780.92 |
|     Acct: 7403 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 10,052.07 | 10,052.07 | 0.00 | 10,052.07 |
|     Acct: 7403 | | | | |
|   CAPITAL ONE AUTO FINANCE - DIV CAPIT | 6,486.53 | 6,486.53 | 845.16 | 7,331.69 |
|     Acct: 3713 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 10,225.00 | 10,225.00 | 1,643.50 | 11,868.50 |
|     Acct: 4916 | | | | |
| | | | | 97,033.18 |
| **Priority** | | | | |
|   CHRISTOPHER M FRYE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN D. MEYER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTIAN D. MEYER | 589.98 | 589.98 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8583 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,938.23 | 205.99 | 0.00 | 205.99 |
|     Acct: 8437 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,858.71 | 197.55 | 0.00 | 197.55 |
|     Acct: 1076 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,596.12 | 169.64 | 0.00 | 169.64 |
|     Acct: 2816 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 832.28 | 88.45 | 0.00 | 88.45 |
|     Acct: 5822 | | | | |
|   CAPITAL ONE NA BY AMERICAN INFOSOU | 515.30 | 54.77 | 0.00 | 54.77 |
|     Acct: 7486 | | | | |
|   CAPITAL ONE NA BY AMERICAN INFOSOU | 496.22 | 52.74 | 0.00 | 52.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0475 | | | | |
| DISCOVER BANK(*) | 11,877.38 | 1,262.36 | 0.00 | 1,262.36 |
| Acct: 7877 | | | | |
| DISCOVER BANK(*) | 3,610.73 | 383.75 | 0.00 | 383.75 |
| Acct: 1226 | | | | |
| KOHLS | 337.64 | 35.89 | 0.00 | 35.89 |
| Acct: 1992 | | | | |
| ACCELERATED INVENTORY MGT LLC | 15,011.74 | 1,595.48 | 0.00 | 1,595.48 |
| Acct: 2859 | | | | |
| QUEST DIAGNOSTIC VENTURE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3533 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 1,189.94 | 126.47 | 0.00 | 126.47 |
| Acct: 0397 | | | | |
| UPMC HEALTH SERVICES | 632.61 | 67.24 | 0.00 | 67.24 |
| Acct: 6687 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 2,216.28 | 235.55 | 0.00 | 235.55 |
| Acct: 4916 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0397 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,475.88 |

| TOTAL PAID TO CREDITORS | | | | 101,509.06 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY            0.00
SECURED        26,763.60
UNSECURED      42,113.18

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    CHRISTIAN D. MEYER
    SUSAN A. MEYER
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:20-23304

Chapter 13

Document No.:

## ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 20-23304-CMB
Christian D. Meyer Chapter 13
Susan A. Meyer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Feb 04, 2026      Form ID: pdf900      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christian D. Meyer, Susan A. Meyer, 819 Pinecrest Drive, McKeesport, PA 15135-2227 |
| 15330797 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 00:35:42 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Feb 05 2026 00:30:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:43 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 05 2026 00:29:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Feb 05 2026 00:34:42 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, PO Box 51963, Los Angeles, CA 90051-6263 |
| 15334247 | + | Email/Text: bnc@bass-associates.com | Feb 05 2026 00:29:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 15315114 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 05 2026 00:29:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15315113 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 05 2026 00:29:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15315119 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315115 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:41 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315123 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 05 2026 00:34:43 | Capital One Auto Finance, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15320925 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 05 2026 00:35:09 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |

Case 20-23304-CMB   Doc 67   Filed 02/06/26   Entered 02/07/26 00:32:22   Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 15319466 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:08 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15315124 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:40 | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:41 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315127 | | Email/Text: mrdiscen@discover.com | Feb 05 2026 00:29:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15317222 | | Email/Text: mrdiscen@discover.com | Feb 05 2026 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15315129 | + | Email/Text: mrdiscen@discover.com | Feb 05 2026 00:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15315132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:34:41 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15315131 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:07 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15315134 | + | Email/Text: Documentfiling@lciinc.com | Feb 05 2026 00:29:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15315133 | + | Email/Text: Documentfiling@lciinc.com | Feb 05 2026 00:29:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15321007 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2026 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15334927 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:35:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315135 | ^ | MEBN | Feb 05 2026 00:17:07 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15315137 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 00:29:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15315136 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 00:29:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15325987 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 05 2026 00:29:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15315595 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2026 00:34:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315138 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 00:34:40 | Synchrony Bank/Levin Furniture, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15315140 | ^ | MEBN | Feb 05 2026 00:16:41 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15315139 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 05 2026 00:30:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15327690 | | Email/Text: BNCnotices@dcmservices.com | Feb 05 2026 00:29:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15323066 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Feb 05 2026 00:35:08 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15315141 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Feb 05 2026 00:35:41 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15315142 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Feb 05 2026 00:35:41 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 40 |

| | | | |
|---|---|---|---|
| 15315143 | Email/Text: pitbk@weltman.com | Feb 05 2026 00:29:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Attn: Matthew W. Pomy, Esquire, Pittsburgh, PA 15219-1842 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15315120 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315121 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315122 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315116 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315117 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315118 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315125 | *+ | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315128 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15315130 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Christian D. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Susan A. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |

| | |
|---|---|
| Maria Miksich | on behalf of Creditor QUICKEN LOANS  LLC mmiksich@kmllawgroup.com |
| Matthew Fissel | on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 10