**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Christian D. Meyer** | Social Security number or ITIN   xxx–xx–6687 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Susan A. Meyer** | Social Security number or ITIN   xxx–xx–5188 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   20–23304–CMB

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christian D. Meyer

Susan A. Meyer
fka Susan A. Coulter

4/3/26

**By the court:** Carlota M Bohm
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                   **Chapter 13 Discharge**                   page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 20-23304-CMB

Christian D. Meyer                                                            Chapter 13

Susan A. Meyer

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 03, 2026 | Form ID: 3180W | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christian D. Meyer, Susan A. Meyer, 819 Pinecrest Drive, McKeesport, PA 15135-2227 |
| 15330797 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 04 2026 03:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 04 2026 03:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 04 2026 03:41:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Apr 03 2026 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Apr 04 2026 03:41:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: PRA.COM | Apr 04 2026 03:41:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 03 2026 23:48:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | | EDI: WFFC | Apr 04 2026 03:41:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, PO Box 51963, Los Angeles, CA 90051-6263 |
| 15334247 | + | EDI: BASSASSOC.COM | Apr 04 2026 03:41:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 15315114 | + | EDI: TSYS2 | Apr 04 2026 03:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15315113 | + | EDI: TSYS2 | Apr 04 2026 03:41:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15315119 | + | EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | | |
|---|---|---|---|
| 15315115 | + EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315123 | + EDI: CAPONEAUTO.COM | Apr 04 2026 03:41:00 | Capital One Auto Finance, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15320925 | + EDI: AISACG.COM | Apr 04 2026 03:41:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15319466 | EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15315124 | + EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315126 | + EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315127 | EDI: DISCOVER | Apr 04 2026 03:41:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15317222 | EDI: DISCOVER | Apr 04 2026 03:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15315129 | + EDI: DISCOVER | Apr 04 2026 03:41:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15315132 | + EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15315131 | + EDI: CAPITALONE.COM | Apr 04 2026 03:41:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15315134 | + EDI: LENDNGCLUB | Apr 04 2026 03:41:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15315133 | + EDI: LENDNGCLUB | Apr 04 2026 03:41:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15321007 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 03 2026 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15334927 | EDI: PRA.COM | Apr 04 2026 03:41:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315135 | ^ MEBN | Apr 03 2026 23:43:29 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15315137 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 03 2026 23:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15315136 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 03 2026 23:49:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15325987 | + Email/Text: bankruptcyteam@rocketmortgage.com | Apr 03 2026 23:49:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15315595 | + EDI: PRA.COM | Apr 04 2026 03:41:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315138 | EDI: SYNC | Apr 04 2026 03:41:00 | Synchrony Bank/Levin Furniture, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15315140 | ^ MEBN | Apr 03 2026 23:43:17 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15315139 | + Email/Text: BankruptcyNotice@upmc.edu | Apr 03 2026 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15327690 | Email/Text: BNCnotices@dcmservices.com | Apr 03 2026 23:48:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15323066 | + EDI: WFFC2 | | |

| | | Apr 04 2026 03:41:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15315141 | + EDI: WFAUTO | | |
| | | Apr 04 2026 03:41:00 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15315142 | + EDI: WFAUTO | | |
| | | Apr 04 2026 03:41:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 15315143 | Email/Text: pitbk@weltman.com | | |
| | | Apr 03 2026 23:48:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Attn: Matthew W. Pomy, Esquire, Pittsburgh, PA 15219-1842 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15315120 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315121 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315122 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315116 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315117 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315118 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315125 | *+ | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315128 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15315130 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 05, 2026                        Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher M. Frye | on behalf of Debtor Christian D. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | on behalf of Joint Debtor Susan A. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

District/off: 0315-2

User: auto

Page 4 of 4

Date Rcvd: Apr 03, 2026

Form ID: 3180W

Total Noticed: 42

Denise Carlon

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. denise.carlon@mccalla.com

Denise Carlon

on behalf of Creditor QUICKEN LOANS  LLC denise.carlon@mccalla.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com

Maria Miksich

on behalf of Creditor QUICKEN LOANS  LLC mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10