**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
　CHRISTIAN D. MEYER
　SUSAN A. MEYER
　　　　　Debtor(s)

　Ronda J. Winnecour
　　　　　Movant
　　　　vs.
　No Repondents.

Case No.:20-23304

Chapter 13

Document No.:　64

**ENTERED BY DEFAULT**

ORDER OF COURT

　AND NOW, this _____3rd_____ day of _____April_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/3/26 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_
U.S. BANKRUPTCY JUDGE　　**dmr**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                      Case No. 20-23304-CMB

Christian D. Meyer                      Chapter 13

Susan A. Meyer

      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christian D. Meyer, Susan A. Meyer, 819 Pinecrest Drive, McKeesport, PA 15135-2227 |
| 15330797 | + Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 23:50:56 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Apr 03 2026 23:49:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 23:51:07 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 03 2026 23:51:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + Email/Text: ebnpeoples@grblaw.com | Apr 03 2026 23:48:00 | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| cr | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 03 2026 23:50:56 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, PO Box 51963, Los Angeles, CA 90051-6263 |
| 15334247 | + Email/Text: bnc@bass-associates.com | Apr 03 2026 23:48:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Tucson, AZ 85712-1097 |
| 15315114 | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 03 2026 23:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15315113 | + Email/Text: BarclaysBankDelaware@tsico.com | Apr 03 2026 23:48:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15315119 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:51:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315115 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:51:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315123 | + Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 03 2026 23:50:56 | Capital One Auto Finance, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15320925 | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 03 2026 23:51:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |

District/off: 0315-2
Date Rcvd: Apr 03, 2026

User: auto
Form ID: pdf900

Page 2 of 4
Total Noticed: 40

| 15319466 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 03 2026 23:51:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15315124 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 03 2026 23:50:55 | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315126 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 03 2026 23:51:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315127 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 03 2026 23:48:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15317222 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 03 2026 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15315129 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 03 2026 23:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15315132 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 03 2026 23:51:05 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15315131 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 03 2026 23:51:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15315134 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Apr 03 2026 23:48:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 15315133 | + | Email/Text: Documentfiling@lciinc.com | | |
| | | | Apr 03 2026 23:48:00 | LendingClub, 595 Market St, San Francisco, CA 94105-2802 |
| 15321007 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Apr 03 2026 23:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15334927 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 03 2026 23:50:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15315135 | ^ | MEBN | | |
| | | | Apr 03 2026 23:43:30 | Quest Diagnostics Venture LLC, PO Box 740717, Cincinnati, OH 45274-0717 |
| 15315137 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Apr 03 2026 23:49:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15315136 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Apr 03 2026 23:49:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15325987 | + | Email/Text: bankruptcyteam@rocketmortgage.com | | |
| | | | Apr 03 2026 23:49:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15315595 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 03 2026 23:51:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15315138 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 03 2026 23:51:00 | Synchrony Bank/Levin Furniture, PO Box 965060, Attn: Bankruptcy, Orlando, FL 32896-5060 |
| 15315140 | ^ | MEBN | | |
| | | | Apr 03 2026 23:43:18 | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15315139 | + | Email/Text: BankruptcyNotice@upmc.edu | | |
| | | | Apr 03 2026 23:49:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15327690 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Apr 03 2026 23:48:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15323066 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | | Apr 03 2026 23:50:55 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15315141 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | | Apr 03 2026 23:51:06 | Wells Fargo Dealer Services, Po Box 10709, Raleigh, NC 27605-0709 |
| 15315142 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | | |
| | | | Apr 03 2026 23:50:55 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

District/off: 0315-2

Date Rcvd: Apr 03, 2026

User: auto

Form ID: pdf900

Page 3 of 4

Total Noticed: 40

| 15315143 | Email/Text: pitbk@weltman.com | | |
|---|---|---|---|
| | | Apr 03 2026 23:48:00 | Weltman, Weinberg & Reis, 436 Seventh Avenue, Suite 2500, Koppers Building, Attn: Matthew W. Pomy, Esquire, Pittsburgh, PA 15219-1842 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | QUICKEN LOANS, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15315120 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315121 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315122 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15315116 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315117 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315118 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315125 | *+ | Capital One/Walmart, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15315128 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 15315130 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

TOTAL: 2 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher M. Frye | |
| | on behalf of Debtor Christian D. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Christopher M. Frye | |
| | on behalf of Joint Debtor Susan A. Meyer chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Denise Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. denise.carlon@mccalla.com |
| Denise Carlon | |
| | on behalf of Creditor QUICKEN LOANS  LLC denise.carlon@mccalla.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Maria Miksich | |

on behalf of Creditor QUICKEN LOANS  LLC mmiksich@kmllawgroup.com

Matthew Fissel

on behalf of Creditor QUICKEN LOANS  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10